**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA
v.

LAUREN M. SHIPPIE

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:07mj215/EMT

waived
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to count(s) One and Two of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 CFR § 210 and FSS 320.07 | Expired tag | 6/19/07 | One |
| 32 CFR § 210 and FSS 322.34(1) | Driving with Suspended License Without Knowledge | 6/19/07 | Two |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA shall be paid no later than October 17, 2007.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 90.00 | $ 0.00 |

Date of Imposition of Sentence - 9/19/07

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 9-24-07

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 SEP 24 PM 4: 02

FILED